UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

BERNICE MCNEIL                           Chapter 13

              Debtor                     Bankruptcy No. 15-18070-AMC

## ORDER

AND NOW, this ___ day of _____, 201_ having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

**Debtor:**
BERNICE MCNEIL

622 Elkins Ave

Philadelphia, PA 19120-

**Chapter 13 Standing Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O., Box 1229
Philadelphia, PA 19105

**U.S. Trustee:**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107