# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-18070-AMC

BERNICE MCNEIL

622 Elkins Ave

Philadelphia, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BERNICE MCNEIL

    622 Elkins Ave

    Philadelphia, PA 19120-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

                                                  /S/ William C. Miller

Date: 1/5/2017                            _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee