United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-18070-amc
Bernice McNeil                                                      Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Mar 01, 2017
                              Form ID: 152             Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
db          +Bernice McNeil,   622 Elkins Ave,   Philadelphia, PA 19120-2214
13633176    +Bank of New York Mellon,   2727 Spring Creek Drive,   Spring, TX 77373,
              2727 Spring Creek Drive,   Spring, TX 77373-6130
13664814    +K. Jordan,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13633177    +Montgomery Ward,   1112 7th Ave,   Monroe, WI 53566-1364
13663227    +Montgomery Ward,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13633178    +Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
13664519    +Seventh Avenue,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13633179    +Swiss Colony,   1112 7th Ave,   Monroe, WI 53566-1364
13721865    +The Bank of New York Mellon Trust Company as Trust,   Reverse Mortgage Solutions,
              14405 Walters, Road Suite 200,   Houston, TX 77014-1345
13664521    +The Swiss Colony,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
              Dallas, TX 75380-0849
13633180    +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Mar 02 2017 02:12:29    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2017 02:11:58
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2017 02:12:17    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13671873     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2017 02:37:21
              American InfoSource LP as agent for,   Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
13721805     E-mail/Text: bankruptcy@phila.gov Mar 02 2017 02:12:29    City of Philadelphia,
              Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13633174     Bernice McNeil
13633173     Date 11/16/2015 Signature /s/ Bernice McNeil
13633175     Date Signature
13633171     IN RE: Bernice McNeil,   UNITED STATES BANKRUPTCY COURT,   EASTERN DISTRICT OF PENNSYLVANIA,
              PHILADELPHIA DIVISION,   CASE NO 15-18070,   CHAPTER 13
13633172     The above named Debtor hereby verifies that the at,   knowledge.
                                                                                   TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Bernice  McNeil john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2               Date Rcvd: Mar 01, 2017
                              Form ID: 152                 Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bernice McNeil
    Debtor(s)

Case No: 15−18070−amc
Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 5/9/17 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

74
Form 152