UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                    CASE NO.: 15-18070-amc
                                                                                          CHAPTER 13
Bernice McNeil,

Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of THE BANK OF NEW YORK MELLON TRUST COMPANY AS TRUSTEE FOR MORTGAGE EQUITY, CONVERSION ASSET TRUST 2010-1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Madison Wilson
Madison Wilson, Esquire
Email: mwilson@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ERIK B. JENSEN, ESQUIRE
1528 WALNUT STREET SUITE 1401
PHILADELPHIA, PA  19102

BERNICE MCNEIL
622 ELKINS AVE
PHILADELPHIA, PA  19120

WILLIAM C. MILLER
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA  19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Madison Wilson
    Madison Wilson, Esquire
    Email: mwilson@rasflaw.com