# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                      Chapter 13

                                      Bankruptcy No. 15-18070-AMC

BERNICE MCNEIL

622 ELKINS AVE

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

BERNICE MCNEIL

622 ELKINS AVE

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

                                            /S/ William C. Miller

Date: 6/7/2017                                _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee