# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNICE MCNEIL                                    Chapter 13

                    Debtor          Bankruptcy No. 15-18070-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___11th___ day of ___July___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Debtor:
BERNICE MCNEIL

622 ELKINS AVE

PHILADELPHIA, PA 19120-

**Date: July 11, 2017**