United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18070-amc
Bernice McNeil                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 2              Date Rcvd: Jul 12, 2017
                             Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db           +Bernice McNeil,    622 Elkins Ave,    Philadelphia, PA 19120-2214
13633176     +Bank of New York Mellon,    2727 Spring Creek Drive,    Spring, TX 77373,
               2727 Spring Creek Drive,    Spring, TX 77373-6130
13664814     +K. Jordan,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13633177     +Montgomery Ward,    1112 7th Ave,    Monroe, WI 53566-1364
13663227     +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13633178     +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13664519     +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13633179     +Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
13931030     +The Bank of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
13721865     +The Bank of New York Mellon Trust Company as Trust,    Reverse Mortgage Solutions,
               14405 Walters, Road Suite 200,    Houston, TX 77014-1345
13664521     +The Swiss Colony,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
               Dallas, TX 75380-0849
13633180     +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:32      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2017 01:31:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2017 01:31:29      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13671873      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2017 01:36:27
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13721805      E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:32      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13633174      Bernice McNeil
13633173      Date 11/16/2015 Signature /s/ Bernice McNeil
13633175      Date Signature
13633171      IN RE: Bernice McNeil,    UNITED STATES BANKRUPTCY COURT,    EASTERN DISTRICT OF PENNSYLVANIA,
               PHILADELPHIA DIVISION,    CASE NO 15-18070,    CHAPTER 13
13633172      The above named Debtor hereby verifies that the at,    knowledge.
cr*          +THE BANK OF NEW YORK MELLON,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487-2853
                                                                                   TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                     Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Bernice  McNeil john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2                   Date Rcvd: Jul 12, 2017
                               Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    JACK K. MILLER  on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
    THOMAS I. PULEO  on behalf of Creditor  The Bank of New York Mellon, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.  ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                     TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BERNICE MCNEIL                               Chapter 13

                    Debtor           Bankruptcy No. 15-18070-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

   **AND NOW**, this ___11th___ day of ___July_____, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

   **ORDERED**, that any wage orders are hereby vacated.


_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Debtor:
BERNICE MCNEIL

622 ELKINS AVE

PHILADELPHIA, PA 19120-

**Date: July 11, 2017**